IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Lazzara, Anthony J | Case Number: 08 B 23547 |
|---|---|---|
| | Lazzara, Kristine K | Judge: Hollis, Pamela S |
| | Printed: 02/17/09 | Filed: 9/5/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 5, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,942.00 | 0.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Midwest Title | Secured | 5,065.00 | 0.00 |
| 4. | America's Servicing Co | Secured | 27,000.00 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 584.10 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 242.79 | 0.00 |
| 7. | Receivables Management Inc | Unsecured | 360.00 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 121.53 | 0.00 |
| 9. | AmeriCash Loans, LLC | Unsecured | 646.64 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 566.25 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 450.34 | 0.00 |
| 12. | RJM Acquisitions LLC | Unsecured | 19.95 | 0.00 |
| 13. | PRA Receivables Management | Unsecured | 232.62 | 0.00 |
| 14. | PRA Receivables Management | Unsecured | 940.30 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 376.18 | 0.00 |
| 16. | Nicor Gas | Unsecured | 611.90 | 0.00 |
| 17. | Jefferson Capital Systems LLC | Unsecured | 115.97 | 0.00 |
| 18. | Jefferson Capital Systems LLC | Unsecured | 151.82 | 0.00 |
| 19. | Cook County Treasurer | Secured | | No Claim Filed |
| 20. | CB Accounts | Unsecured | | No Claim Filed |
| 21. | Affiliated Accep Crop | Unsecured | | No Claim Filed |
| 22. | Wfcb/Blair Catalog | Unsecured | | No Claim Filed |
| 23. | American Express | Unsecured | | No Claim Filed |
| 24. | CB Accounts | Unsecured | | No Claim Filed |
| 25. | Customized Auto Credit | Unsecured | | No Claim Filed |
| 26. | Dependon Collections Service | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Lazzara, Anthony J | Case Number: 08 B 23547 |
|---|---|---|
| | Lazzara, Kristine K | Judge: Hollis, Pamela S |
| | Printed: 02/17/09 | Filed: 9/5/08 |

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 28. Keynote Consuling | Unsecured | | No Claim Filed |
| 29. Ginny's | Unsecured | | No Claim Filed |
| 30. Pentagroup Financial, LLC | Unsecured | | No Claim Filed |
| 31. Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 32. Receivables Management Inc | Unsecured | | No Claim Filed |
| 33. TCF Bank | Unsecured | | No Claim Filed |
| 34. Receivables Management Inc | Unsecured | | No Claim Filed |
| 35. Receivables Management Inc | Unsecured | | No Claim Filed |
| 36. Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 37. Affiliated Accep Crop | Unsecured | | No Claim Filed |
| 38. Target National Bank | Unsecured | | No Claim Filed |
| 39. Wfnnb/Lane Bryant | Unsecured | | No Claim Filed |
| 40. Village of Forest Park | Unsecured | | No Claim Filed |
| | | $ 40,427.39 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

